B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Mall at the Galaxy, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2533164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7000 Boulevard East**<br>**Guttenberg, NJ**<br>ZIP Code **07093** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hudson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **The Mall at the Galaxy, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)      Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Mall at the Galaxy, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** **/s/ Michael E. Holt** Signature of Attorney for Debtor(s) **Michael E. Holt MH-8735** Printed Name of Attorney for Debtor(s) **Forman Holt Eliades & Ravin LLC** Firm Name **80 Route 4 East Suite 290 Paramus, NJ 07652** Address **(201) 845-1000  Fax: (201) 845-9112** Telephone Number **January 28, 2010** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** **/s/ Martin J. Sergi** Signature of Authorized Individual **Martin J. Sergi** Printed Name of Authorized Individual **President** Title of Authorized Individual **January 28, 2010** Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re **The Mall at the Galaxy, Inc.**                                       Case No.
                                                    Debtor(s)                Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Valley National Bank<br>1445 Valley Road<br>Wayne, NJ 07470 | Valley National Bank<br>1445 Valley Road<br>Wayne, NJ 07470 | | | 3,388,681.91 |
| JP Morgan Chase<br>270 Park Avenue<br>New York, NY 10017 | JP Morgan Chase<br>270 Park Avenue<br>New York, NY 10017 | | | 2,311,750.00 |
| Latoc, Inc. | Latoc, Inc. | | | 1,700,000.00 |
| Blue Sky International, Inc. | Blue Sky International, Inc. | Guarantee of Loan | Disputed | 1,000,000.00 |
| Monsen Engineering<br>6 Daniel Road East<br>Fairfield, NJ 07004 | Monsen Engineering<br>6 Daniel Road East<br>Fairfield, NJ 07004 | Business Debt | | 103,794.95 |
| Dellanno Construction, Inc.<br>628 Route 10W # 3<br>Whippany, NJ 07981 | Dellanno Construction, Inc.<br>628 Route 10W # 3<br>Whippany, NJ 07981 | Business Debt | | 74,150.00 |
| Glasscare, Inc<br>P.O. Box 7<br>Cliffside Park, NJ 07010 | Glasscare, Inc<br>P.O. Box 7<br>Cliffside Park, NJ 07010 | Business Debt | | 49,726.00 |
| Better Half Bloodstock, Inc.<br>1155 Dairy Ashford Road, Suite 650<br>Houston, TX 77079 | Better Half Bloodstock, Inc.<br>1155 Dairy Ashford Road, Suite 650<br>Houston, TX 77079 | Loan | | 20,000.00 |
| Galaxy Towers Condo Assn-T25<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | Galaxy Towers Condo Assn-T25<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | Business Debt | | 12,777.66 |
| Galaxy Towers Condo Assn-T24<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | Galaxy Towers Condo Assn-T24<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | Business Debt | | 12,670.23 |
| NMHG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | NMHG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | | | 10,987.70 |

B4 (Official Form 4) (12/07) - Cont.

In re  **The Mall at the Galaxy, Inc.**                                  Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Sunoco Corporate Card Processing Center**<br>P.O. Box 689156<br>Des Moines, IA 50368-9156 | **Sunoco Corporate Card Processing Center**<br>P.O. Box 689156<br>Des Moines, IA 50368-9156 | **Business Debt** | | **8,563.39** |
| **Galaxy Towers Condo Assn-T18**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T18**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **8,040.57** |
| **Galaxy Towers Condo Assn-T21**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T21**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **7,950.63** |
| **Galaxy Towers Condo Assn-T20**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T20**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **7,246.23** |
| **Perkowski & Associates**<br>1011 Highway 71<br>Spring Lake, NJ 07762 | **Perkowski & Associates**<br>1011 Highway 71<br>Spring Lake, NJ 07762 | **Business Debt** | | **7,000.00** |
| **Galaxy Towers Condo Assn-T26**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T26**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **6,486.57** |
| **Galaxy Towers Condo Assn-T15**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T15**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **5,769.27** |
| **Galaxy Towers Condo Assn-T6**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Galaxy Towers Condo Assn-T6**<br>7000 Boulevard East<br>Guttenberg, NJ 07093 | **Business Debt** | | **5,529.87** |
| **fc3architecture+design**<br>P.O. Box 335<br>Hamburg, NJ 07419 | **fc3architecture+design**<br>P.O. Box 335<br>Hamburg, NJ 07419 | **Business Debt** | | **4,952.36** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 28, 2010**                        Signature  **/s/ Martin J. Sergi**
                                                             **Martin J. Sergi**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Better Half Bloodstock, Inc.
1155 Dairy Ashford Road, Suite 650
Houston, TX 77079


Blue Sky International, Inc.


Cali Catering
P.O. Box 440
450 Bergen Avenue
Kearny, NJ 07032


Ciso Electric Services
237 Franklin Avenue, Apt B1
Cliffside Park, NJ 07010


De Lage Laden Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-1453


Dellanno Construction, Inc.
628 Route 10W # 3
Whippany, NJ 07981


fc3architecture+design
P.O. Box 335
Hamburg, NJ 07419


Galaxy Towers Condo Assn-T15
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T17
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T18
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T19
7000 Boulevard East
Guttenberg, NJ 07093

```
Galaxy Towers Condo Assn-T20
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T21
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T24
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T25
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T26
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T27
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T28
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T4
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T6
7000 Boulevard East
Guttenberg, NJ 07093


Galaxy Towers Condo Assn-T9
7000 Boulevard East
Guttenberg, NJ 07093


Glasscare, Inc
P.O. Box 7
Cliffside Park, NJ 07010
```

```
Home Depot
PO Box 6029
The Lakes, NV 88901-6029


JP Morgan Chase
270 Park Avenue
New York, NY 10017


Latoc, Inc.



Lowes Business Account/GEMB
Attn: Bankruptcy Dept
P.O. Box 103104
Roswell, GA 30076


Master Builders & Renovators
7002 Boulevard East
Guttenberg, NJ 07093


Monsen Engineering
6 Daniel Road East
Fairfield, NJ 07004


NMHG Financial Services
P.O. Box 643749
Pittsburgh, PA 15264-3749


Perkowski & Associates
1011 Highway 71
Spring Lake, NJ 07762


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906


PSE&G
PO Box 14444
New Brunswick, NJ 08906


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444
```

```
Robert's Sewer & Drain Cleaning
496-a Central Avenue
Jersey City, NJ 07307


Southwest Valuation Service
P.O. Box 777
Mannford, OK 74044


State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08628-0059


Sunoco Corporate Card
Processing Center
P.O. Box 689156
Des Moines, IA 50368-9156


Thyssenkrupp Elevator Corp
P.O. Box 933004
Atlanta, GA 31193-3004


Valley National Bank
1445 Valley Road
Wayne, NJ 07470


Verizon Wireless
20 Alexander Drive
P.O. Box 5029
Wallingford, CT 06492-2458
```